ORIGINAL

FILED

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0186

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0186

FILED

SEP 04 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

JACOB SMITH,

Plaintiff and Appellant,

v.

MICHAEL ROOPE,

Defendant and Appellee.

ORDER

Upon consideration of Appellant's motion for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 28, 2020, within which to file his petition for rehearing.

No further extensions will be granted.

DATED this ⎯⎯ day of September, 2020.

For the Court,

By ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Chief Justice